# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

159838

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAMES D. CHEYNE,
     Plaintiff-Appellee,

v

MILEENA BOLES and JALAL BOLES,
     Defendants-Appellants,

and

AUTO CLUB INSURANCE ASSOCIATION,
     Defendant.

SC: 159838
COA: 343495
Allegan CC: 16-056143-NI

_____/

On order of the Court, the application for leave to appeal the May 14, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



a0115

Clerk